| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 09-00370SOM-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR15-00161 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: TODD DONALD DUNPHY | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE SUSAN OKI MOLLWAY | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 12/9/2014 — TO 12/8/2017 |

FILED MAR 1 0 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**OFFENSE**

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA, in violation of 21 U.S.C. § 846, a Class D felony; and STRUCTURING FINANCIAL TRANSACTIONS, in violation of 31 U.S.C. §§ 3524(a)(3) and (d)(2), 31 C.F.R. § 103.11, and 18 U.S.C. § 2, a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JAN 2 1 2015
Date

SUSAN OKI MOLLWAY
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE OTHER DISTRICT

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/9/15
Effective Date

United States District Judge