Brian E. Soriano, SBN 183865
Vladie P. Viltman, SBN 203140
LAW OFFICE OF BRIAN E. SORIANO
1801 Bush Street, Suite 304
San Francisco, CA  94109
TEL:  415/593-7333
FAX: 415/480-6073
EMAIL: brian@bsoriano.com
EMAIL: vladie@bsoriano.com

Attorneys for Defendant
TODD DONALD DUNPHY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD DONALD DUNPHY,<br><br>    Defendant. | Case No. 4:15-cr-00161-YGR<br><br>**DECLARATION OF TODD DUNPHY IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Date:   June 30, 2016<br>Time:  3:00 p.m.<br>Ctrm.:  1, 4th Flr. |

I, Todd Donald Dunphy, declare:

1.      I am the defendant in this case.  This petition for early termination of supervised release is being filed by my attorneys at my request.  The following is personally known to me.

2.      On June 4, 2012, I was sentenced to 33 months incarceration following a plea of guilty to violations of 21 U.S.C. 846, 31 U.S.C. 5324(a)(3) and 5324(d)(2).  These charges related to the sale and distribution of marijuana.  On December 9, 2014, my incarceration concluded and I was released

subject to a supervised release for a term of 3 years.

3. My current residence address is 21796 Princeton Street, Hayward, California, 94541. I have been living here since the start of my supervised release. The house is owned by Gerry Properties, a property management company based in Castro Valley. I am employed by Gerry Properties as a maintenance man. I work on an as needed basis for all 48 of their bay area properties.

4. I also teach martial arts 5 days a week at Gerry's Mixed Martial Arts School in Castro Valley. I get paid to teach the adult classes, but the children's classes I teach for free.

5. I have been practicing martial arts for most of my life. Since my release, practicing martial arts has been my main focus. I practice for several hours every day. I also compete regularly in tournaments. I have participated in 40 tournaments since my release. In these tournaments, I have 160 first place finishes, 32 second place finishes and 8 third place finishes. On August 15, 2015, I set a new world record with 15 first place finishes at the Long Beach Martial Arts Tournament. The previous record was six first place finishes. This record was held by Chuck Norris. In November 2015, I won a gold, silver and bronze medal at the World Karate and Kickboxing Commission World Championships. On March 2016, I won 3 gold medals, 4 silver medals and 2 bronze medals at the World All Styles Championships in Portugal. On May 14, 2016, I set a world record for most Grand Championship Divisions won in a single tournament. On June 11, 2016, I qualified as a member of the U.S. Team in the WKC World Karate Championships in Dublin, Ireland.

6. My tournament victories have created other great opportunities for me. I have been offered with Ryo Worldwide, a martial arts academy run by world famous martial arts instructor Frank Dux. The position offers me the opportunity to teach karate seminars all over the world.

7. In 2015, I taught a martial arts seminar in Thailand. I also did volunteer work at Holland House Orphanage in Phuket.

8. I am a member of the San Francisco Stuntman's Association. Through my

2.

membership, I was given a stunt role on a recent episode of the television series Hawaii 5-0. Other opportunities have come up recently. I have been offered several film roles either as stuntman or as fight choreographer. These film opportunities are in Asia, and it would require my traveling to Asia on a regular basis.

9. I was raised Catholic and I have returned to my Catholic faith since my release. I regularly attend Mass at the Church of Christ in Hayward. I also regularly attend counseling and I speak at Alcoholics Anonymous Meetings. I have been clean and sober for 7 years now.

10. I have fully complied with each and every condition of my supervised release. I have passed every drug test and I have paid, in full, all Court ordered fines and restitutions.

11. I have also been offered a sales position with ROCILLO Innovative Technologies Inc. This company was founded by Patrick Rocillo, a Stanford scientist. He has developed "rain making" technology for areas of the world that regularly suffer droughts. Attached as Exhibit A is a true and correct copy of an email written on my behalf from Patrick Rocillo.

12. Attached hereto as Exhibit B is a true and correct copy of a letter of support I received from United States District Judge Susan Okii Mollway.

13. Attached hereto as Exhibit C is a true and correct copy of a September 9, 2015, article about me published in the Santa Cruz Good Times.

14. Attached hereto as Exhibit D is a true and correct copy of a November 7, 2015, article about me published in the Santa Cruz Sentinel.

15. Attached hereto as Exhibit E is a true and correct copy of a letter in support written by Reverend Ron Pohnel of the League of Angels in Hawaii.

16. Attached hereto as Exhibit F is a true and correct copy of a letter from Master Instructor Steven A Barbieri.

17. Attached hereto as Exhibit G is a true and correct copy of a letter from Douglas Dietch, Executive Director of the Monterey Bay Conservancy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I would competently testify thereto. This Declaration was executed in San Francisco, California on June 14, 2016.

*Todd D. Dunphy*
Todd Dunphy

---

4.
DECLARATION OF TODD DUNPHY IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - CASE NO. 4:15-CR-00161-001-YGR

*United States of America v. Todd Donald Dunphy*
USDC, Northern District of CA, Oakland Div., Case No. 4:15-cr-00161-YGR

## PROOF OF SERVICE

I, Carony Cheng, declare as follows:

I am employed by Law Office of Brian E. Soriano. My business address is 1801 Bush Street, Suite 304, San Francisco, California 94109. I am readily familiar with the business practices of this office. I am over the age of 18 and not a party to this action.

On June 15, 2016, I served the following document:

**DECLARATION OF TODD DUNPHY IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

by the following method(s):

☑   **USPS:** Sent by overnight delivery service

on the following person and address:

**Brian Stretch, U.S. Attorney**
**Federal Courthouse**
**1301 Clay Street, 3rd Floor**
**Oakland, CA  94612**
**Tel: (510) 637-3680**
**Fax: (510) 637-3678**

I declare under penalty of perjury under the laws of the United States of America that the information in this proof of service is true and correct.

Dated: June 15, 2016

_____
Carony Cheng